# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, | Case No. 2:16-cv-00674-JRG-RSP |
| Plaintiffs, | CONSOLIDATED |
| v. | |
| ALIPHCOM D/B/A JAWBONE, | |
| GOPRO, INC. | Case No. 2:16-cv-00672-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiffs CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY ("Plaintiffs") and Defendant and Counterclaim-Plaintiff GOPRO, INC. ("GoPro") announced to the Court that they have resolved Plaintiffs' claims for relief against GoPro asserted in this case. (Dkt. No. 1).  Plaintiffs and GoPro have therefore requested that the Court dismiss all claims and counterclaims for relief against each other with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against GoPro are dismissed with prejudice, and GoPro's claims against Plaintiffs are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 13th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE